**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

                                                   CASE NO: 6:24-bk-06574-GER

Heather J. Kaley                                  Chapter 7

       Debtor(s)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the Notice and Order Scheduling Preliminary Hearing on Motion for Relief from the Stay and Request to Impose a Filing Bar, or in the Alternative, Prospective Relief from Stay (Doc. No. 12), was served via the Court's CM/ECF Notice or U.S. Mail postage prepaid to all persons on the below service list on December 30, 2024.

                                                   **Law Offices of Damian G. Waldman, P.A.**
                                                   10333 Seminole Blvd., Units 1&2
                                                   Seminole, FL 33778
                                                   Telephone: (727) 538-4160
                                                   Facsimile: (727) 240-4972
                                                   Email:**damian@dwaldmanlaw.com**
                                                   Attorneys for Secured Creditor

                                                   By:   /s/ Damian Waldman, Esq.
                                                   Damian Waldman, Esq.
                                                   Florida Bar No.: 0090502

**SERVICE LIST**

*Pro Se Debtor*
Heather J Kaley
14924 Gaulberry Run
Winter Garden, FL 34787

*Trustee*
Arvind Mahendru
Arvind Mahendru, Chapter 7 Trustee
5717 Red Bug Lake Rd #284
Winter Springs, FL 32708

*U.S. Trustee*
United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

                                               **Law Offices of Damian G. Waldman, P.A.**
                                               10333 Seminole Blvd., Units 1&2
                                               Seminole, FL 33778
                                               Telephone: (727) 538-4160
                                               Facsimile: (727) 240-4972
                                               Email:**damian@dwaldmanlaw.com**
                                               Attorneys for Secured Creditor

                                               By:    /s/ Damian Waldman, Esq.
                                               Damian Waldman, Esq.
                                               Florida Bar No.: 0090502