**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

           CASE NO: 6:24-bk-06574-GER

Heather J. Kaley            Chapter 7

    Debtor(s)

**AMENDED CERTIFICATE OF SERVICE[1]**

**I HEREBY CERTIFY** that a copy of the Notice and Order Scheduling Preliminary Hearing on Motion for Relief from the Stay and Request to Impose a Filing Bar, or in the Alternative, Prospective Relief from Stay (Doc. No. 14), was served via the Court's CM/ECF Notice or U.S. Mail postage prepaid to all persons on the below service list on December 30, 2024.

        **Law Offices of Damian G. Waldman, P.A.**
        10333 Seminole Blvd., Units 1&2
        Seminole, FL 33778
        Telephone: (727) 538-4160
        Facsimile: (727) 240-4972
        Email:**damian@dwaldmanlaw.com**
        Attorneys for Secured Creditor

        By:    /s/ Damian Waldman, Esq.
        Damian Waldman, Esq.
        Florida Bar No.: 0090502

**SERVICE LIST**

*Pro Se Debtor*
Heather J Kaley
14924 Gaulberry Run
Winter Garden, FL 34787

*Trustee*
Arvind Mahendru
Arvind Mahendru, Chapter 7 Trustee
5717 Red Bug Lake Rd #284
Winter Springs, FL 32708

---

[1] Amended to include correct document number to which certification applies.

*U.S. Trustee*
United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1&2
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email:**damian@dwaldmanlaw.com**
Attorneys for Secured Creditor

By:     /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 0090502