**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: January 9, 2025**

_____
Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:     Case No.
     6:24–bk–06574–GER
     Chapter 7

Heather J Kaley

_____Debtor*_____/

### ORDER DENYING MOTION TO AVOID LIEN OF INDEPENDENCE COMMUNITY ASSOCIATION, INC.

THIS CASE came on for consideration, without hearing, of the Motion to Avoid Judicial Lien of Independence Community Association, Inc. filed by the Debtor , Doc. # 25 . After review, the Court determines that the motion is deficient as follows:

> The language used in the negative notice legend does not substantially conform to the approved negative notice legend language or includes an incorrect or incomplete address, including suite number, for the Court. Local Rule 2002–4.

Accordingly it is

**ORDERED:**

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.